# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| **DEANDREA WALKER,** *Plaintiff* <br><br> v. <br><br> **JEFFERSON CAPITAL SYSTEMS, LLC et al.** *Defendants* | Case Number: **16-cv-360-DRH** |

## NOTICE OF IMPENDING DISMISSAL
## FOR WANT OF PROSECUTION

The record before the Court indicates that defendants, **Jefferson Capital Systems, LLC and Fenton & McGarvey Law Firm, P.S.C.**, having been served, failed to move, answer, or otherwise plead in response to the complaint. Therefore, **NOTICE IS HEREBY GIVEN** that this case will be dismissed for want of prosecution unless plaintiff moves for a **clerk's entry of default** under Federal Rule of Civil Procedure 55(a) within **21 days** from this date.

Dated:  August 3, 2016

JUSTINE FLANAGAN, Acting Clerk of Court

By:  *s/ Caitlin Fischer*
**Deputy Clerk**